# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| | CHAPTER 7 |
| In Re: | Bankruptcy No. |
| Custom Poultry Processing LLC | 11−00107 |
| Debtor(s) | |

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you on January 20, 2011 in this bankruptcy court, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of Clerk

Clerk of Bankruptcy Court
P.O. Box 3857
U.S. Courthouse
320 Sixth Street
Sioux City, IA 51102−3857

At the same time you must also serve a copy of your motion or answer on petitioner's attorney.

Name and address of Petitioner's Attorney

Charles McQuillen Thomson
Eggert Erb & Mulcahy
701 Blunt Parkway
Charles City, IA 50616

If you make a motion, your time to serve an answer is governed by Fed. R. Bankr. P. 1011(c). If you fail to respond to this summons, the order for relief will be entered.

SEAN F. McAVOY
Clerk, Bankruptcy Court
by:

Deputy Clerk

Date of Issuance: January 21, 2011

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Bankruptcy Rule 1005). For joint debtors, set forth both social security numbers.

Form B250E
(12/09)

Case No. 11−00107

I,
of**

certify:

That on the __________ day of ____________________ , 20_______,

I served this summons and a copy of the involuntary petition on _________________________ (name)

the debtor in this case, by [*describe here the mode of service*]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury that the foregoing is true and correct.

Date ___________________________________ Signature__________________________________________________

| |
|---|
| Print Name |
| Business Address |
| City |

** State mailing address