# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>CUSTOM POULTRY PROCESSING, LLC<br><br>          Debtor. | Chapter 11<br><br>Case No. 11-00107<br><br>ORDER GRANTING DEBTOR'S MOTION FOR APPROVAL OF BID PROCEDURES |

The matter before the Court is Debtor's Motion for Approval of Bid Procedures (the "Motion") (Doc. 109). The Court notes that it previously granted the Debtor's Motion to Shorten Notice of the Motion for Approval of Bid Procedures to ten (10) days for objections, and the Court finds that the Debtor has given adequate notice of the Motion. Only one objection was timely filed, and the Debtor and PNC Equipment Finance, LLC, the Objecting Party, have resolved the Objection by Stipulation (Doc. 130).

The Court further notes that the Debtor filed a substituted Exhibit "1" to the Motion (Doc. 122). Exhibit "1" is the proposed Bid Procedures, and the substituted document corrected certain dates regarding potential "stalking horse" bidders.

The Court has reviewed the Motion; the factual statements contained therein; the proposed Bid Procedures document; and is apprised of the need for the Debtor to proceed with establishing bid procedures for the sale of its assets. After considering the Motion and proposed procedures, the Court finds that good cause has been shown and the Motions should be GRANTED.

IT IS THEREFORE ORDERED that the Debtor's Motion for Approval of Bid Procedures is GRANTED and the proposed Bid Procedures for the asset sale are hereby APPROVED.

Dated and Entered this __9th__ day of May, 2011.

                                                United States Bankruptcy Judge
                                               For the Northern District of Iowa

Order prepared and submitted by:

Day Rettig Peiffer, P.C.
Ronald C. Martin    AT0005050
ATTORNEYS FOR DEBTOR